■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BORNHOEFT, Appellant. [860 NYS2d 918]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered August 18, 2006, convicting him of burglary in the third degree, aggravated cruelty to animals (four counts), criminal mischief in the fourth degree, and criminal trespass in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see People v Danielson*, 9 NY3d 342 [2007]; CPL 470.15 [5]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Fisher, J.P., Ritter, Florio and Carni, JJ., concur.